

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,055-02

**EX PARTE JUAN MANUEL ALFARO, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-4319-14-H(1) IN THE 389TH DISTRICT COURT
### FROM HIDALGO COUNTY

*Per curiam*.

#### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete because it contains no copies of the plea documents in this case. Those documents are necessary to the resolution of Applicant's claims.

The district clerk shall either forward to this Court the plea documents, including any written

plea agreement, admonishments, waivers, stipulations and judicial confession, and a transcript of the plea proceedings if those proceeding were transcribed, or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: September 29, 2021
Do not publish